# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

BERDASHIA F. DAVIS,

                Defendant.

Case No. 21-CR-89-JPS

**ORDER**

On September 8, 2021, the grand jury returned a ten-count superseding indictment, charging Defendant with five counts of violating 18 U.S.C. §§ 2(a), 1951(a), 924(a), 924(c)(1)(A)(ii), 922(g)(1). (Docket #12). On September 17, 2021, the parties filed a plea agreement, indicating that Defendant agreed to plead guilty to Counts One, Three, and Four in the superseding indictment. (Docket #15).

The parties appeared before Magistrate Judge William E. Duffin on October 19, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #20). Defendant entered a plea of guilty as to Counts One, Three, and Four of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #21 at 1).

That next day, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.* at 2). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #21) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 8th day of November, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge